UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL DE JESUS ROSARIO, :
:
    Plaintiff, : CIVIL ACTION NO. 20-CV-7387 (JSR)
:
-against- :
: ~~PROPOSED~~
251 E. 123RD ST. REALTY, LLC, JOSE : JUDGMENT
PALMA, JOSE PALMA JR., MARIA M. :
VALLEJOS Individually and as Trustee of THE :
JOSE PALMA IRREVOCABLE TRUST, and :
THE JOSE PALMA IRREVOCABLE TRUST, :
                              Defendants.

    Whereas Plaintiff was granted summary judgment in this action by Memorandum Order, dated May 27, 2021, holding that a reasonable jury could only find that the transfer was a fraudulent conveyance under N.Y. Debtor & Creditor Law §§ 273, 273-a, and 276, and the Honorable Jed S. Rakoff directing the Clerk to now enter judgment in favor of plaintiff setting aside the transfer of the real property 251 E. 123rd Street, New York, NY 10035 also known as 2401 2nd Avenue, New York, NY 10035, by deed dated January 28, 2020, it is

    **ORDERED, ADJUDGED, AND DECREED** that pursuant to the Memorandum Order dated May 27, 2020, judgment is entered in favor of plaintiff against defendants setting aside, *ab initio*, the fraudulent transfer by deed dated January 28, 2020 of the real property located at 251 E. 123rd Street, New York, NY 10035 also known as 2401 2nd Avenue, New York, NY 10035; the Court further finds that defendants 251 E. 123rd Sr. Realty, LLC, Jose Palma, and Jose Palma Jr. are liable for the plaintiff's costs and reasonable attorney's fees in litigating this matter in an amount to be determined by this Court.

[SIGNATURE PAGE FOLLOWS]

Dated: New York, New York
June 7, 2021

*[signed]* Jed S. Rakoff
USDJ
6-7-21

_____
Clerk of Court

_____
Deputy Clerk