UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------

MANUEL DE JESUS ROSARIO,

      Plaintiff,　　　　　　　　　　20-cv-7387 (JSR)

  -v-　　　　　　　　　　　　　　　ORDER

251 E 123rd ST. REALTY, LLC,
et al.,

      Defendants.

----------------------------------

JED S. RAKOFF, U.S.D.J.:

    The Court has received the fine Report and Recommendation from Magistrate Judge Debra Freeman dated December 21, 2021. ECF 35. No objections to this Report and Recommendation have been received. The Court agrees with the reasoning set forth by Magistrate Judge Freeman and therefore adopts the Report and Recommendation in full.

    Accordingly, Plaintiff's application for attorneys' fees and costs is granted. Plaintiff is awarded $28,194.99 in attorneys' fees and $3,065.35 in costs, jointly and severally, from Defendants 251 E. 123rd St. Realty, LLC, Jose Palma, and Jose Palma Jr.

    SO ORDERED.

New York, NY　　　　　　　　　　　　_____
January 22, 2022　　　　　　　　　　JED S. RAKOFF, U.S.D.J.