UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL DE JESUS ROSARIO, :
:
    Plaintiff, : CIVIL ACTION NO. 20-CV-7387 (JSR)
:
-against- :
:
251 E. 123RD ST. REALTY, LLC, JOSE : **PROPOSED ORDER**
PALMA, JOSE PALMA JR., MARIA M. :
VALLEJOS Individually and as Trustee of THE :
JOSE PALMA IRREVOCABLE TRUST, and :
THE JOSE PALMA IRREVOCABLE TRUST, :
    Defendants.

    Plaintiff Manuel de Jesus Rosario having filed a motion seeking an award for attorneys' fees and this Court having granted Plaintiff's motion by Order entered January 22, 2022 awarding Plaintiff the sum of $31,260.34 for attorneys' fees ($28,194.99 in attorneys' fees) and costs ($3,065.35 in costs) for which defendants 251 E. 123rd St. Realty, LLC, Jose Palma, and Jose Palma Jr. are jointly and severally liable;

    NOW, on motion of Ross & Asmar LLC, attorneys for Plaintiff, it is:

    **ORDERED** that the Clerk is directed to enter Judgment on Attorneys' Fees, consistent with the Court's January 22, 2022 Order, in the amount of $31,260.34 for attorneys' fees and costs for which defendants 251 E. 123rd St. Realty, LLC, Jose Palma, and Jose Palma Jr. are jointly and severally liable.

Dated: New York, New York
       May 5, 2022

                                                      ENTER:

                                                      _____
                                                      United States District Judge