UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANUEL DE JESUS ROSARIO,
                              Plaintiff,

-against-

251 E. 123RD ST. REALTY, LLC, JOSE
PALMA, JOSE PALMA JR., MARIA M.
VALLEJOS Individually and as Trustees of THE
JOSE PALMA IRREVOCABLE TRUST, and
THE JOSE PALMA IRREVOCABLE TRUST,
                              Defendants.
-------------------------------------------------------------X

20 **CIVIL** 7387 (JSR)

**JUDGMENT**
**For Attorney's Fees and Costs**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2022

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 5, 2022, judgment is entered in favor of Plaintiff in the amount of $31,260.34 for attorneys' fees and costs for which defendants 251 E. 123rd St. Realty, LLC, Jose Palma, and Jose Palma Jr. are jointly and severally liable.

Dated:  New York, New York
         May 6, 2022

                                                      **RUBY J. KRAJICK**
                                                         Clerk of Court
                              **BY:**
                                                          **Deputy Clerk**